# EXHIBIT B
# 6:24-CV-00504

Filed 8/20/2024 3:02 PM
Joanna Staton, District Clerk
District Court - Bell County, TX
by MaryBeth DeLeon , Deputy

CAUSE NO. 24DCV348188

| | | |
|---|---|---|
| **PATRICIA RYAN**<br>**Plaintiff,** | §<br>§ | **IN THE DISTRICT COURT** |
| **V.** | §<br>§<br>§ | 146th **JUDICIAL DISTRICT** |
| **WAL-MART STORES, INC.; WAL-MART STORES EAST, L.P. d/b/a WAL-MART STORES EAST I, L.P.; WAL-MART STORES TEXAS, LLC d/b/a WAL-MART STORES TEXAS 2007, LLC.; WALMART, INC.,**<br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§ | **BELL COUNTY, TEXAS** |

**PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff Patricia Ryan and submits this, her Original Petition, and in support thereof would respectfully show the Court as follows:

## I. DISCOVERY CONTROL PLAN

Plaintiff intends to conduct discovery under Level 3.

## II. PARTIES, JURISDICTION AND VENUE

Plaintiff, Patricia Ryan, is an individual who resides in Bell County, Texas.

Defendant Wal-Mart Stores, Inc. is a corporation organized under the laws of Delaware, with its principal place of business in Bentonville, Arkansas, and doing business in Texas. Its registered agent in Texas for service is CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

Defendant Wal-Mart Stores East, L.P. d/b/a Wal-Mart Stores East I, L.P. is a limited partnership organized under the laws of Delaware, with its principal place of business in Bentonville, Arkansas, and doing business in Texas. Its registered agent in Texas for service is CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

Defendant Wal-Mart Stores Texas, LLC d/b/a Wal-Mart Stores Texas 2007, LLC is a limited liability company organized under the laws of Delaware, with its principal place of business in Bentonville, Arkansas, and doing business in Texas. Its registered agent in Texas for service is CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

Defendant Wal-Mart, Inc. is a corporation organized under the laws of Delaware, with its principal place of business in Bentonville, Arkansas, and doing business in Texas. Its registered agent in Texas for service is CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

The Court has jurisdiction over Plaintiff because she is a resident of Texas and over Defendants because they conduct business in Texas. Venue of this case is proper in Bell County, Texas because it is where the underlying events that led to this lawsuit occurred. The amount of damages sought are within this Court's jurisdictional limits. Plaintiff seeks monetary damages greater than $250,000.

## III. BACKGROUND FACTS

This lawsuit arises from a slip and fall accident that occurred on or about October 9, 2022 at the Wal-Mart Supercenter #6286 located at 3404 West Stan Schlueter Loop., Killeen, Bell County, Texas, 76549. Plaintiff Patricia Ryan was a customer shopping at this Wal-Mart Supercenter store and as such, was an invitee of Defendants. Plaintiff was walking towards the exit doors near the front of the store and near the registers when she slipped on a water on the floor, and fell, sustaining serious bodily injuries. The premises in question was under the control of Defendants and Defendants knew or reasonably should have known of the dangerous condition of the premises but did not eliminate the condition or warn Plaintiff of it.

## IV. CAUSE OF ACTION - PREMISES LIABILITY

An unreasonably dangerous condition existed on the premises owned, leased, operated, and/or controlled by Defendants at the time of the accident made the basis of this lawsuit; to wit, a wet, slippery floor with no warning signs. The wet area of the floor was in an area where customers, including Plaintiff, could be expected to walk. Defendants either knew or reasonably should have known of the condition. Defendants owed Plaintiff, an invitee, a duty to eliminate the unreasonably dangerous condition or warn Plaintiff of it. Unfortunately, Defendants did neither. As a direct and proximate result of Defendants' acts and/or omissions, Plaintiff sustained severe bodily injuries.

## V. DAMAGES

As a result of the negligence previously described, Plaintiff was seriously and permanently injured. This lawsuit is brought to recover for Plaintiff's injuries and for damages suffered that include but are not limited to the following:

1. Disfigurement. Plaintiff has suffered disfigurement to her body as a result of the injuries she suffered in the incident made the basis of this suit.

2. Physical impairment. Plaintiff has suffered in the past and will suffer in the future physical impairment.

3. Mental anguish. Mental anguish suffered by Plaintiff both in the past and to be incurred in the future.

4. Pain and suffering. The pain and suffering suffered by Plaintiff both in the past and to be incurred in the future.

5. Medical expenses. The medical expenses sustained by Plaintiff both in the past and to be incurred in the future.

6. Lost wages in the past.

Plaintiff has thus been damaged in an amount in excess of the minimum jurisdictional limits of this Court.

## VI. INTEREST

Plaintiff seeks pre- and post-judgment interest at the highest legal rate allowed by law.

## VII. JURY DEMAND

Plaintiff respectfully requests a jury trial.

## VIII. RULE 194.2 REQUIRED INITIAL DISCLOSURES

Defendants are requested to disclose the information and/or material required by Rule 194.2(b) and serve such answers within thirty (30) days after the filing of an answer or general appearance.

## IX. PRAYER

WHEREFORE, Plaintiff requests that Defendants be cited to appear and answer and that on final hearing, Plaintiff have final judgment against Defendants, jointly and severally, for an amount within the jurisdictional limits of the Court, together with pre- and post-judgment interest at the maximum lawful rate, costs of court, and for such other and further relief, at law or in equity, to which Plaintiff is justly entitled.

Respectfully submitted,

**DUKE SETH, P.L.L.C.**

/s/ Gagandeep K. Seth

**GAGANDEEP K. SETH**
Texas Bar No. 24062441
gkseth@dukeseth.com
325 N. St. Paul Street
Suite 2220
Dallas, Texas 75201
(214) 965-8100 Telephone
(214) 965-8101 Facsimile

**ATTORNEY FOR PLAINTIFF**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Maureen Gehring on behalf of Gagandeep Seth
Bar No. 24062441
mgehring@dukeseth.com
Envelope ID: 91141833
Filing Code Description: Petition
Filing Description: PLAINTIFF'S ORIGINAL PETITION BY SETH
Status as of 8/21/2024 9:44 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| A. Rhenee' Johnson | | rjohnson@dukeseth.com | 8/21/2024 9:00:17 AM | SENT |
| Gagandeep KSeth | | gkseth@dukeseth.com | 8/21/2024 9:00:17 AM | SENT |
| Maria Salaices | | msalaices@dukeseth.com | 8/21/2024 9:00:17 AM | SENT |
| Maureen Gehring | | mgehring@dukeseth.com | 8/21/2024 9:00:17 AM | SENT |